MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ATI v. ART AND FRAME MART                       Case No. 08cv1296 IEG(RBB)
                                                **Time Spent: 31 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr. CD 1: 10:24:00-10:51:25

                              Attorneys
        Plaintiffs                              Defendants

Thomas Ferrell (present)                David Ricks (present)


PROCEEDINGS:    ___ In Chambers   x  In Court   ___ Telephonic

On September 29, 2008, Plaintiff filed an Amended Motion for Order Directed to Art and Frame Mart Corp. and Josef Nazar to Show Cause Why Each Should Not be Held in Contempt And Sanctioned for Failure to Comply With Subpoenas [doc. no. 16]. Defense counsel responded with an opposition [doc. no. 20] and later filed his Amended Memorandum of Points and Authorities in Opposition to Plaintiff's Amended Motion for Order Directed to Art and Frame Mart Corp. and Josef Nazar to Show Cause Why Each Should Not be Held in Contempt and Sanctioned For Failure to Comply With Subpoenas [doc. no. 21] on October 14, 2008. Plaintiff filed its Reply on October 17, 2008 [doc. no. 22].

A motion hearing was held.

For the reasons discussed on the record, the Court finds that Plaintiff has not established that sanctions for contempt, or otherwise, should be awarded at this time. Thus, Plaintiff's motion is DENIED.


DATE: October 27, 2008           IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc: Judge Gonzalez                           INITIALS: VL (mg/irc) Deputy
    All Parties of Record