UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATI INDUSTRIES, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ART AND FRAME MART CORPORATION; JOSEF NAZAR; DOES 2-10; and ROES 1-100,<br><br>                    Defendants. | Case No. 08-CV-1296 RBB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(2) [ECF NO. 60]**<br><br>**Judge:** Hon. Ruben B. Brooks<br>**Ctrm:** B |

Upon motion of the plaintiff and for good cause shown, the Court dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated:  August 20, 2010

                                         *Ruben Brooks*
                                         Hon. Ruben B. Brooks
                                         U.S. Magistrate Judge